In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-613 CV


____________________



CROCHET & BOREL SERVICES, INC. d/b/a C&B SERVICES, INC. and


CHARYS HOLDING COMPANY, INC., Appellants



V.



CERTIFIED/LVI ENVIRONMENTAL SERVICES, INC., 


LVI ENVIRONMENTAL SERVICES OF NEW ORLEANS, INC.,


LVI ENVIRONMENTAL SERVICES, INC. (A FLORIDA CORPORATION), and


LVI ENVIRONMENTAL SERVICES, INC. (AN OKLAHOMA CORPORATION),


 Appellees





On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-177,721






MEMORANDUM OPINION



 Crochet & Borel Services, Inc. d/b/a C&B Services, Inc. and Charys Holding
Company, Inc., filed a notice of appeal of two orders, both signed November 19, 2007, which
vacated an order staying arbitration and denied a motion to stay arbitration. The appellees,
Certified/LVI Environmental Services, Inc., LVI Environmental Services of New Orleans,
Inc., LVI Environmental Services, Inc. (A Florida Corporation), and LVI Environmental
Services, Inc. (An Oklahoma Corporation), filed a motion to dismiss this accelerated appeal. 
The appellants did not file a response to the appellees' motion to dismiss the appeal.

 Interlocutory orders may be appealed only if permitted by statute. Bally Total Fitness
Corp. v. Jackson, 53 S.W.3d 352 (Tex. 2001). The Texas Arbitration Act authorizes an
appeal of an order (1) denying an application to compel arbitration; (2) granting an
application to stay arbitration; (3) confirming or denying confirmation of an award; (4)
modifying or correcting an award; or (5) vacating an award without directing a rehearing. 
Tex. Civ. Prac. & Rem. Code Ann. § 171.098 (Vernon 2005). In this case, the trial court
denied a motion to stay arbitration and stayed the case pending resolution of arbitration. An
appeal from this order is not authorized by Section 171.098 of the Texas Civil Practice and
Remedies Code. Id. The appellants failed to identify a statutory authorization for this
appeal. The appellees' motion to dismiss is granted and the appeal is dismissed for lack of
jurisdiction.

 APPEAL DISMISSED. 



 _____________________________

 STEVE McKEITHEN

 Chief Justice

 

Opinion Delivered January 24, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.